**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

**JS-6**

| | |
|---|---|
| DEALERTRACK, INC., | Case No. CV06-6864 AG (FMOx) |
| *Plaintiff,* | *consolidated With* Case No. CV06-2335 AG (FMOx) *and* Case No. CV07-215 AG (FMOx) |
| vs. | |
| DAVID L. HUBER, FINANCE EXPRESS LLC, and JOHN DOE DEALERS, | |
| *Defendants.* | **JUDGMENT IN FAVOR OF DEFENDANTS ROUTEONE LLC AND FINANCE EXPRESS LLC** |
| DEALERTRACK, INC., | |
| *Plaintiff,* | |
| vs. | |
| ROUTEONE LLC, DAVID L. HUBER, and FINANCE EXPRESS LLC, | |
| *Defendants.* | |

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

WHEREAS, defendant RouteOne LLC ("RouteOne") filed and this Court granted a motion for summary judgment pursuant to Rule 56, Fed. R. Civ. P., for invalidity of claims 25 and 32 of U.S. Patent No. 5,878,403 (Docket Nos. 377 and 551);

WHEREAS, RouteOne and defendant Finance Express LLC ("Finance Express") filed and this Court granted motions for summary judgment pursuant to Rule 56, Fed. R. Civ. P., for non-infringement by RouteOne and Finance Express of claims 7-9, 12, 14 and 16-17 of U.S. Patent No. 6,587,841 (Docket Nos. 370, 551, 705, 771);

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

1    WHEREAS, RouteOne and Finance Express jointly filed and this Court

2    granted a motion for summary judgment pursuant to Rule 56, Fed. R. Civ. P., for

3    invalidity of claims 1, 3 and 4 of U.S. Patent No. 7,191,427 (Docket No. 711, 770);

4    WHEREAS, RouteOne filed and this Court granted a motion for

5    summary judgment pursuant to Rule 56, Fed. R. Civ. P., for noninfringement of U.S.

6    Patents Nos. 5,878,403, 6,587,841 and 7,191,427 by RouteOne's Messenger system

7    and service (Docket No. 551);

8    WHEREAS, this action was dismissed as against David L. Huber by

9    agreement and stipulation of all parties;

10   WHEREAS, DealerTrack, RouteOne and Finance Express have filed a

11   stipulation pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., dismissing without

12   prejudice as moot all other claims and counterclaims raised by the pleadings;

13   WHEREAS, in view of the foregoing dismissals there are no further

14   matters raised by the pleadings that require adjudication by the Court;

15   THEREFORE, IT IS HERBY ORDERED, ADJUDGED AND

16   DECREED that Judgment is hereby entered in favor of RouteOne and Finance

17   Express and against DealerTrack.

18   IT IS ALSO ORDERED, ADJUDGED AND DECREED that:

19   (1)    claims 25 and 32 of U.S. Patent No. 5,878,403 are invalid;

20   (2)    claims 7-9, 12, 14 and 16-17 of  U.S. Patent No. 6,587,841 are not

21          infringed by RouteOne or Finance Express;

22   (3)    claims 1, 3 and 4 of U.S. Patent No. 7,191,427 are invalid; and

23   (4)    U.S. Patents Nos. 5,878,403, 6,587,841 and 7,191,427 are not infringed

24          by RouteOne based on its Messenger system and service.

25   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that,

26   pursuant to Local Rule 54-2.2, RouteOne and Finance Express are the prevailing

27   parties.  RouteOne and Finance Express shall each file its separate Bill of Costs

28

2

1  within fifteen (15) days after entry of this Judgment in accordance with the Local

2  Rules.

3

4  Dated:  August 11, 2009       _____

5                       United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

3